[No. 38186-5-I.   Division One.   March 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. W.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-00399-2, Eric Watness, J. Pro Tem., entered December 22, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 38383-3-I.   Division One.   March 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-07695-7, Robert H. Alsdorf, J., entered February 27, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38486-4-I.   Division One.   March 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-00860-7, Norma Smith Huggins, J., entered March 20, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 14442-9-III.   Division Three.   March 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY H.C., *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 94-1-00235-1, Carol A. Wardell, J., entered October 14, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.